**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 27, 2017.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00484-CV

---

## MILLARD JOSEPH KIRBY, INDIVIDUALLY AND D/B/A MILLARD'S TOBACCOS, Appellant

### V.

## ALIEF INDEPENDENT SCHOOL DISTRICT, Appellee

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2014-02639**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 22, 2017. On July 19, 2017, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.